| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-1 | **Order Filed on July 7, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Bernarda Carmona,<br><br>Debtor. | Case No.:  18-32133 JNP<br>Adv. No.:<br>Hearing Date:  6/18/19 @ 10:00 a.m.<br>Judge:  Jerrold N. Poslusny Jr. |

## ORDER REINSTATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: July 7, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors:		Bernarda Carmona
Case No.:	18-32133 JNP
Caption:	**ORDER REINSTATING STAY**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-1, holder of a mortgage on real property located at 604 Portland Avenue, Pleasantville, NJ, 08232, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Thomas E. Dowey, Esquire, attorney for Debtor, Bernarda Carmona, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the stay is reinstated as to the subject property; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to cure the arrears through and including the June 2019 payment by June 30, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $881.00 for attorneys' fees ($350 for the motion for relief, $181 filing fee for motion for relief, $350 for this motion), which is to be paid through Debtors' Chapter 13 plan

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

Stacey L. Mullen, Esq.
2091 North Springdale Road
Suite 17
Cherry Hill, NJ 08003

Isabel Balboa, Chapter 13 Trustee
Cherry Hill Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08022

MaryAnn D. Mason
417 Windward Road
Villas, NJ 08251