| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank National Association, as Trustee for<br>Structured Adjustable Rate Mortgage Loan Trust,<br>Mortgage Pass-Through Certificates, Series 2006-1 | Order Filed on July 7, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Bernarda Carmona,<br><br>Debtor. | Case No.:  18-32133 JNP<br>Adv. No.:<br>Hearing Date:  6/18/19 @ 10:00 a.m.<br><br>Judge:  Jerrold N. Poslusny Jr. |

## ORDER REINSTATING STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: July 7, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtors:      Bernarda Carmona
Case No.:    18-32133 JNP
Caption:     **ORDER REINSTATING STAY**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-1, holder of a mortgage on real property located at 604 Portland Avenue, Pleasantville, NJ, 08232, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Thomas E. Dowey, Esquire, attorney for Debtor, Bernarda Carmona, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the stay is reinstated as to the subject property; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to cure the arrears through and including the June 2019 payment by June 30, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $881.00 for attorneys' fees ($350 for the motion for relief, $181 filing fee for motion for relief, $350 for this motion), which is to be paid through Debtors' Chapter 13 plan

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

Stacey L. Mullen, Esq.
2091 North Springdale Road
Suite 17
Cherry Hill, NJ 08003

Isabel Balboa, Chapter 13 Trustee
Cherry Hill Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08022

MaryAnn D. Mason
417 Windward Road
Villas, NJ 08251

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-32133-JNP
Bernarda Carmona                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin              Page 1 of 1         Date Rcvd: Jul 08, 2019
                         Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
db              +Bernarda Carmona,    604 Portland Ave.,    Pleasantville, NJ 08232-3452

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Harold N. Kaplan    on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-1 hkaplan@rasnj.com,   informationathnk@aol.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
      Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-1 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2006-1 smncina@rascrane.com
      Thomas E. Dowey    on behalf of Debtor Bernarda  Carmona tdesquire@hotmail.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                         TOTAL: 8