Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−32133−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Bernarda Carmona
    604 Portland Ave.
    Pleasantville, NJ 08232−5000

Social Security No.:
    xxx−xx−5367

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            March 9, 2021
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*38* – CERTIFICATION in Opposition to Stay Relief (related document:37 Creditor's Certification of Default (related document:23 Motion for Relief from Stay re: re: 604 Portland Avenue, Pleasantville, NJ, 08232. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass−Through Certificates, Series 2006−1, 24 Order on Motion For Relief From Stay, 26 Motion To Reinstate Stay as to Creditor, Nationstar Mortgage d/b/a Mr. Cooper filed by Debtor Bernarda Carmona, 30 Order on Motion to Reinstate Stay) filed by Denise E. Carlon on behalf of U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass−Through Certificates, Series 2006−1. Objection deadline is 02/17/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass−Through Certificates, Series 2006−1) filed by Thomas E. Dowey on behalf of Bernarda Carmona. (Dowey, Thomas) Modified on 2/16/2021 TO CLARIFY TEXT (eag)

and transact such other business as may properly come before the meeting.


Dated: February 16, 2021
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk