Thomas E. Dowey, Esquire
2312 New Road, Suite 103
Northfield, N.J. 08225
(609) 646-6200
Attorney for Debtors

IN RE  Bernarda Carmona

　　　　　Debtor

:UNITED STATES BANKRUPTCY COURT FOR
:DISTRICT OF NEW JERSEY

:BANKRUPTCY NO: 18-32133

:SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Terry Tucker, Esquire as Attorney for the Debtors, Bernarda Carmona in the above bankruptcy case

Dated: 06/25/22

_____
Terry Tucker, Esquire
Superseding Attorney

_____
Thomas E. Dowey, Esq.
Withdrawing Attorney

_____
Debtor Bernarda Carmona