UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ALBERTELLI LAW
By: Roger Fay, Esq., ID No. 60002014
14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054
(856) 724-1888
File No. 231978-1
Attorneys for Secured Creditor: LEHMAN XS TRUST
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-6, U.S. Bank National Association, as
Trustee, successor in interest to Wilmington Trust
Company, as Trustee, successor in interest to Bank of
America National Association, as Trustee, successor by
merger to LaSalle Bank National Association, as
Trustee

In Re:

Bernarda Carmona

Case No.: 18-32133-JNP
Chapter 13

Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned

enters an appearance in this case on behalf of LEHMAN XS TRUST MORTGAGE PASS-

THROUGH CERTIFICATES, SERIES 2007-6, U.S. Bank National Association, as Trustee,

successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of

America National Association, as Trustee, successor by merger to LaSalle Bank National

Association, as Trustee.  Request is made that the documents filed in this case and identified

below be served on the undersigned at this address:

ADDRESS:
　　　　　　　Roger Fay, Esquire
　　　　　　　Albertelli Law
　　　　　　　14000 Commerce Parkway, Suite H
　　　　　　　Mount Laurel, NJ 08054

DOCUMENTS:

☒All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒All documents and pleadings of any nature.

| DATED: October 10, 2023 | ALBERTELLI LAW |
| --- | --- |
| | /s/ Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>rfay@alaw.net<br>Attorneys for Secured Creditor |